[Civil No. 289.]

WILLIAM ZECKENDORF, Trustee for Frank & Co., a Corporation, Appellee, v. DAVID DUNHAM et al., Appellants.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. William H. Barnes, Judge.

Maxwell & Satterwhite, for Appellants.

Webb & Heney, for Appellee.

September 3, 1890. Affirmed. (Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)

---

Ex Parte: In the Matter of CHUNG HONG, Petitioner.

APPLICATION for a writ of Habeas Corpus.

Webster Street, for Petitioner.

September 5, 1890. Writ denied.